# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | MJS Packaging | 11/30/2022 | Wire | $ 232,551.18 |
| Akorn Operating Company, LLC | MJS Packaging | 12/9/2022 | Wire | $ 13,562.38 |
| Akorn Operating Company, LLC | MJS Packaging | 1/6/2023 | Wire | $ 276,060.12 |
| Akorn Operating Company, LLC | MJS Packaging | 1/13/2023 | Wire | $ 108,129.42 |
| Akorn Operating Company, LLC | MJS Packaging | 1/20/2023 | Wire | $ 4,946.54 |
| Akorn Operating Company, LLC | MJS Packaging | 1/27/2023 | Wire | $ 71,416.80 |
| Akorn Operating Company, LLC | MJS Packaging | 2/1/2023 | Wire | $ 25,915.70 |
| Akorn Operating Company, LLC | MJS Packaging | 2/8/2023 | Wire | $ 77,814.95 |
| Akorn Operating Company, LLC | MJS Packaging | 2/14/2023 | Wire | $ 104,193.75 |
| | | | | $ 914,590.84 |