## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>        Plaintiff,<br><br>        v.<br><br>MJS PACKAGING,<br><br>        Defendant. | <br><br><br><br><br><br>Adv. No. 25-50266-KBO |

## NOTICE OF SERVICE OF THE INITIAL DISCLOSURES
## OF DEFENDANT MJS PACKAGING

PLEASE TAKE NOTICE that on July 10, 2025, Defendant MJS Packaging served the

*Initial Disclosures of MJS Packaging* pursuant to Federal Rule of Civil Procedure 26(a) upon

counsel for Plaintiff George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding

Company LLC, et al., by regular U.S. mail, with courtesy copy by e-mail as follows:

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Turner Falk
SAUL EWING LLP
1500 Market Steet
Center Square West, 38th Floor
Philadelphia, PA 19102
Email: turner.falk@saul.com

Evan T. Miller
Paige Noelle Topper
SAUL EWING LLP
1201 N. Market Street
Suite 2300
Wilmington, DE 19801
Email: evan.miller@saul.com
        paige.topper@saul.com

Michelle G. Novick
SAUL EWING LLP
161 N. Clark Street
Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Steven C. Reingold
SAUL EWING LLP
131 Dartmouth Street
Boston, MA 02116
Email: steven.reingold@saul.com

[*Signature page follows*]

Dated: July 10, 2025
Wilmington, Delaware

/s/ Erin L. Williamson
Matthew G. Summers (No. 5533)
Erin L. Williamson (No. 7286)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  summersm@ballardspahr.com
              williamsone@ballardsphar.com

-and –

Howard S. Sher (P38337)
JACOB & WEINGARTEN, P.C.
25800 Northwestern Hwy.
Suite 500
Southfield, MI 48075
Telephone: (248) 649-1900
Email: howard@jacobweingarten.com

*Attorneys for MJS Packaging*