# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>            Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>            Plaintiff,<br><br>            v.<br><br>MJS PACKAGING,<br><br>            Defendant. | Adv. No. 25-50266-KBO |

## CERTIFICATE OF SERVICE

I, Erin L. Williamson, certify that on July 16, 2025, I caused a true and correct copy of Defendant MJS Packaging's *Answer of MJS Packaging to Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§547, 548, & 550 and to Disallow Claims Pursuant to 11 U.S.C. §502* served the *Initial Disclosures of MJS Packaging* to be served via the Court's CM/ECF filing system on all parties registered to receive notice via CM/ECF in these cases, and also upon the following parties via first class mail:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

| |
|---|
| Turner Falk <br> SAUL EWING LLP <br> 1500 Market Steet <br> Center Square West, 38th Floor <br> Philadelphia, PA 19102 <br> Email: turner.falk@saul.com |
| Evan T. Miller <br> Paige Noelle Topper <br> SAUL EWING LLP <br> 1201 N. Market Street <br> Suite 2300 <br> Wilmington, DE 19801 <br> Email: evan.miller@saul.com <br>             paige.topper@saul.com |
| Michelle G. Novick <br> SAUL EWING LLP <br> 161 N. Clark Street <br> Suite 4200 <br> Chicago, IL 60601 <br> Email: michelle.novick@saul.com |
| Steven C. Reingold <br> SAUL EWING LLP <br> 131 Dartmouth Street <br> Boston, MA 02116 <br> Email: steven.reingold@saul.com |

Dated: July 16, 2025  　　　　　　　*/s/ Erin L. Williamson*　　　　　　　　　
Wilmington, Delaware　　　　　　　Erin L. Williamson (No. 7286)
　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP