# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>                        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                        Plaintiff,<br><br>                  v.<br><br>MJS PACKAGING,<br><br>                        Defendant. | Adv. Pro. No. 25-50266 (KBO) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, *et al.*, and Defendant MJS Packaging, by and through their undersigned counsel, hereby stipulate to dismiss this adversary proceeding with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| SAUL EWING LLP | JACOB & WEINGARTEN, P.C. |
|---|---|
| */s/ Evan T. Miller* <br> Evan T. Miller (DE Bar No. 5364) <br> Paige N. Topper (DE Bar No. 6470) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> evan.miller@saul.com <br> paige.topper@saul.com <br><br> *Counsel for Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | */s/ Howard S. Sher* <br> Howard S. Sher <br> 25800 Northwestern Highway <br> Suite 500 <br> Southfield, Michigan 48075 <br> Telephone (248) 649-1900 <br> howard@jacobweingarten.com <br><br> *Counsel for Defendant MJS Packaging* |

Dated: December 1, 2025